# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
_____

TIM STINDLE, JR., an individual,           CASE NO. 2:09-cv-00388
         Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC., a corporation, TRANS UNION LLC, a
Limited liability corporation, and
EDUCATORS CREDIT UNION, a not-for-
Profit financial cooperative credit union,
         Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

     Plaintiff Tim Stindle, Jr. by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

     IT IS, THEREFORE, ORDERED that all claims of Plaintiff Tim Stindle, Jr. against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Tim Stindle, Jr. and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.


Date: March 30, 2010                      *s/ Rudolph T. Randa*
                                          HON. RUDOLPH T. RANDA
                                          United States District Court Judge